AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*May 19, 2025*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Thomas Creighton Shrader | ) | **4:25-mj-305** |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 1, 2024__ in the county of __Fort Bend__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 876(c) | Mailing Threatening Communications |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Joseph Gregory
*Printed name and title*

Sworn to before me telephonically.

Date: May 19, 2025

*Judge's signature*

City and state: Houston, Texas

Yvonne Y. Ho, U.S. Magistrate Judge
*Printed name and title*

4:25-mj-305

## ATTACHMENT A

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph Gregory, being duly sworn, depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since July 2018. I hold a Juris Doctor degree from New York Law School, and prior to joining the FBI, I was an attorney for over five years. In my capacity as an FBI Special Agent, I have participated in investigations of various federal criminal violations including violent crimes, money laundering, and other complex financial crimes. I am currently assigned to the Violent Crimes Squad in the Houston Division and was previously assigned to the Money Laundering and Financial Institution Related Fraud Squad. Over the years, I have conducted or participated in physical surveillances, Title III electronic surveillances, the execution of search warrants, debriefings of informants, and attended specialized and advanced trainings related to both violent and complex financial crimes. Through my training, education, and experience, including conversations with other law enforcement officers, I have become familiar with the patterns of activity regarding suspects who threaten to injure others and the methods they employ to plan, coordinate, and conduct these activities.

2. This Affidavit is made in support of a criminal complaint charging Thomas Creighton Shrader (SHRADER) with Mailing Threatening Communications in violation of Title 18 U.S.C. § 876(c). I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and my conversations with other law enforcement officers involved in this investigation.

3. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause that a violation of Title 18 U.S.C. § 876(c) has been committed by SHRADER. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

## PROBABLE CAUSE

4. The FBI is investigating SHRADER, a 70-year-old male currently incarcerated at Federal Correctional Institution Victorville II in Victorville, California (FCI Victorville) for making threatening communications to D.S., a 70-year-old female residing in the Southern District of

1

Texas, and R.S., a 72-year-old male residing in the Southern District of Texas. Based on evidence reviewed to date and detailed within this affidavit, SHRADER has threatened both D.S. and R.S. through the transmission of a communication to them via the mail.

5. In October 2024, FBI Houston received information from the United States Attorney's Office for the Southern District of Texas that SHRADER had sent a threatening communication to D.S. and R.S. from FCI Victorville earlier that month. SHRADER is currently serving a 235-month sentence he received in 2010 after being found guilty on two counts of Stalking by Use of Interstate Facility in violation of 18 U.S.C. § 2261A(2) and one count of Felon in Possession of a Firearm in violation of 18. U.S.C. §§ 922(g)(1) and 924(a)(2) after an investigation into his previous harassment, intimidation, and threats against D.S. and R.S.

6. Through the FBI's investigation, including interviews with both D.S. and R.S., your Affiant has learned that SHRADER has harassed and intimidated D.S. over the course of more than three decades, causing D.S. and R.S. to fear for their safety and that of their children.

7. SHRADER and D.S. began a relationship sometime around 1973, while still in high school in West Virginia. During the relationship, SHRADER was possessive and abusive toward D.S. On one occasion, when D.S. was attempting to end the relationship, SHRADER approached D.S. as she was exiting an elevator at her workplace to get into her vehicle. When D.S. attempted to leave, SHRADER pushed her into her vehicle and began choking her. SHRADER told D.S., "Wherever you go, I'll find you and kill you." D.S. ended the relationship in 1975 after approximately two years. When she did, SHRADER threatened to kill D.S.'s two nephews if she did not continue seeing him. On July 16, 1975, SHRADER confronted D.S. while she was at home with her mother, Geneva Miller, and a family friend, Rusty Adams. D.S. refused to leave with SHRADER. Approximately twenty minutes later, SHRADER returned to the home with a rifle. The doors were locked, but SHRADER shot through one and entered the kitchen. SHRADER shot Adams first upon entering, killing him. SHRADER then went to where D.S. and Miller were and shot Miller, who died ten days later of gangrene contracted from her wound. D.S. believes SHRADER meant to kill her as well, as he continued shooting at her as she ran out of the house, fleeing across the street to the home of her neighbor, John Kowalski. SHRADER continued shooting and wounded Kowalski in the arm. SHRADER was arrested and charged in West Virginia state court with two counts of first-degree murder and one count of unlawful wounding. SHRADER pled guilty to these

2

charges and was sentenced to concurrent life sentences. Approximately a year later, SHRADER escaped from prison. D.S. and her sister were taken into protective custody before SHRADER was recaptured.

8. During SHRADER's incarceration, he continued to contact D.S; he sent approximately fifteen to twenty letters to her at the bank where she worked, repeatedly referencing the murder of Miller and Adams, and causing D.S. to feel severely threatened. At one point, D.S. received flowers around Christmas, with SHRADER's name as the sender.

9. D.S. and R.S. married toward the end of 1978. In 1979, they moved to Texas and took precautions to ensure their safety and anonymity. SHRADER was released from prison on parole in 1993.

10. In August 2008, SHRADER made a series of phone calls to the unlisted number of D.S.'s Texas home. During these calls, SHRADER spoke with both D.S. and R.S., making statements along the lines of "I need to talk to your kids before we die" and "[D.S.] is my God and I would have done anything for my God."

11. In October 2009, R.S. received a UPS package addressed to D.S. at their Texas home. Inside was a thirty-two-page letter from SHRADER. SHRADER made threatening statements in the letter and reiterated that the murders of Miller and Adams were part of a plot hatched by D.S. D.S. and R.S. contacted the FBI, which secured a criminal complaint against SHRADER and a warrant for his arrest.

12. In November 2009, the FBI arrested SHRADER, who was ultimately charged with two counts of stalking via a facility of interstate commerce in violation of 18 U.S.C. § 2261A(2) and one count of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). As detailed above, SHRADER was found guilty of these charges and is serving the remainder of his sentence at FCI Victorville.

13. In October 2024, SHRADER managed to send another letter of approximately thirty-eight-pages to D.S., despite the United States District Court for the Southern District of West Virginia's sentencing guideline that SHRADER's outgoing mail be monitored and that he be prohibited from sending mail to D.S. and R.S.

14. On November 6, 2024, your Affiant met with and interviewed D.S. and R.S. Affiant observed both D.S. and R.S. to be elderly and in emotional distress. During the interview, both D.S. and

R.S. were visibly shaking, and at one point, R.S.'s nose started bleeding, seemingly from the stress of the moment. R.S. broke down in tears multiple times during the interview.

15. According to D.S. and R.S., they moved to Texas to get away from SHRADER following the murders. They went through extra lengths to make sure nobody knew where they moved, and they did not want SHRADER to find out because they believe he will come back to hurt or kill them. Since SHRADER's incarceration in 2010, D.S. and R.S. have been living in constant fear that SHRADER would contact them again or get out of jail and come looking for them. SHRADER knows where they live, as they received a letter from him in October. D.S. was only able to read about twenty-five pages of the letter; it was too traumatic to finish. D.S. felt threatened just by receiving the letter because she knows what SHRADER has done and what he is capable of. Based on the contents of what she read, she is convinced SHRADER is going to come back for her once he is released from prison. D.S. cannot sleep since receiving the letter, and it is the first thing she thinks about in the morning. D.S. believes SHRADER meant to kill her the night he killed her mother, and she believes he will try to kill her again. Additionally, D.S. fears for the safety of her kids and grandkids. D.S. is religious, and throughout SHRADER's letter, he uses religious concepts to try to manipulate her. In the letter, SHRADER blames D.S. for the murders, which causes extreme distress for D.S. and R.S.

16. Based on the letter and SHRADER's past actions, R.S. believes SHRADER will kill him as well if he gets out of prison. In the letter, SHRADER expresses an intent to live a life with D.S. and adopt D.S. and R.S.'s kids, which R.S. knows SHRADER cannot do if R.S. is still in the picture. SHRADER also refers to R.S. as a "cock sucker" in the letter and talks about him in an aggressive manner. Both D.S. and R.S. can feel SHRADER's anger when he starts talking about R.S. in the letter. D.S. began drinking after SHRADER's letter to her in 2009. She became sober at one point but has since started drinking again after receiving SHRADER's most recent letter. D.S. gets drunk every night, as it is the only way she can fall asleep due to her fear.

17. Your Affiant reviewed a copy of the letter sent by SHRADER in October 2024 and found it to contain multiple distressing and/or threatening statements, quite similar to those contained in SHRADER's 2009 letter. SHRADER expresses his claimed love for D.S. in various ways and explains that his 2009 letter was not meant to cause D.S. fear but was instead his way of

4

"thinking to 'force' [D.S.] to come back to [SHRADER]." SHRADER claims he wanted D.S. to know she had nothing to fear "except what [he] could reveal", again evoking the accusation that D.S. was complicit in the murders of Miller and Adams. SHRADER claims he had no desire to harm D.S. and references lying in the letter when SHRADER stated he had D.S. "in the cross hairs of the scope and good-bye heart, lungs etc." while explaining that he could have killed D.S. in 1975 if he wanted to.

18. SHRADER continues to blame D.S. for the murders, stating:
    a. "I hope you realized and know by now that if you had talked – "just talked" to me when I came into the house without the gun, when I wanted you to and was begging you to talk to me and give me an answer that nothing – absolutely nothing would have happened if you had talked to me, and told me what I wanted to hear! It would have diffused everything. But no, you forced it to get it your way and what you wanted!"
        F. Affiant notes the significance of this statement, as it demonstrates SHRADER's current state of mind, despite being convicted of murder, that physical violence is the reasonable consequence if D.S. rejects his advances, and that D.S. is to blame for his violence.
        G. The letter contains multiple demands by SHRADER that D.S. reunite with him and contains ominous warnings such as "Don't fail the "test" for us [D.S.]" and "…you may never have or get another chance or this chance again! It is not something that you can now put off for another day or time."
    b. "…if I wanted to kill you for what you were forcing me to do – I could have just shot you through the window you were looking through…";
    c. "Why, should I apologize for something you orchestrated and caused?";
    d. "Well you definitely got what you wanted in July 1975 except for your mother being shot accidentally.";
    e. "Your selfishness caused the cost of four (4) lives that day! Rusty's, your mom, mine, and our life of being together."; and
    f. "Sure, I'm not dead like them. But I have lost my whole life because of you. Like they did because of what you wanted!"

5

19. SHRADER believes he and D.S. are husband and wife, stating "From the day you agreed to marry me then later when God consummated our marriage in his eyes when you and I became one flesh in God's eyes we were then and there husband and wife for eternity!" SHRADER also appears to believe that D.S. and R.S.'s children are actually D.S. and *SHRADER's* children, using the phrase "our children".

20. SHRADER makes additional threatening statements toward D.S. in the letter, stating:
    a. "Per this letter it is your 'last' chance or opportunity to do what is right. I believe the first was in July 1975, the second in August 2010 and now this is the 'third' opportunity.";
    b. "…this is no game playing now! This is YOUR LIFE and most IMPORTANTLY to me - Your SOUL!!!"; and
    c. "…you might as well kill yourself…", apparently referring to if D.S. does not forgive SHRADER and take him back.

21. SHRADER makes multiple concerning and distressing statements about R.S. and their family, including:
    a. "Don't let or allow pride and Satan stop you and that includes the voice of Satan through [R.S.]!"
    b. "…your two children are bastard children as they are not of or by your true husband in the eyes of God."
    c. "…do not – I repeat – do not share this letter with [R.S.]. For reasons and things unknown to you of a cover I am of a strong belief [R.S.] is in league with Satan.";
    d. "[R.S.] does not give a fuck about your soul if he did he would not have made you into an adulteress with bastard children.";
    e. "I have my own belief and opinion of [R.S.], I think he's a coward who has been a bully to you and been a total master over you as his slave. He was scared shitless to be sequestered from you during the trial as he had to be in the court room to keep you in "line" and say what he wanted you to say and sell to the court."; and
    f. SHRADER refers to R.S. as an "asshole", a "cock sucker", a "two faced son-of-a-bitch" and that he brainwashed D.S.

22. SHRADER also expresses a disregard for the law and acknowledges his understanding of the restrictions placed on him by his previous sentence, stating "To Hell with the United States

6

government and its fucked up corrupt laws. The God damn government is not going to tell me who I can and cannot write."

23. SHRADER addressed the letter to D.S. at her home address in Texas and used his name and FCI Victorville Registration Number as the return address. Affiant notes that two pages of the thirty-eight-page letter were written by SHRADER as a "P.S.S." and were written, according to the pages, four months after the preceding pages.

24. In May 2025, the U.S. Department of Justice, Federal Bureau of Prisons, advised R.S. that SHRADER had been approved for placement in a Community Corrections Center, otherwise known as a halfway house, and will transfer from FCI Victorville on May 21, 2025.

25. Considering SHRADER's history of violence against D.S. and her family, along with SHRADER's pattern of harassment and threatening communications targeting D.S. spanning a period of almost fifty years, both D.S. and R.S. feel severely threatened for their lives by SHRADER's statements in the October 2024 letter. Therefore, I believe that probable cause exists for the issuance of a Criminal Complaint charging Thomas Creighton SHRADER with Mailing Threatening Communications in violation of Title 18 U.S.C. § 876(c).

Joseph Gregory
Special Agent, FBI

Subscribed and sworn to before me, via telephone, this 19th day of May 2025 and I find probable cause.

Yvonne Y. Ho
United States Magistrate Judge

7